46 P.3d 408

**HURLEY TRUCKING et. al,**

v.

**STATE ex rel. ADOT.**

**No. CV–02–0075–PR.**

Supreme Court of Arizona.

May 21, 2002.

ORDERED: Request for Oral Argument = DENIED.

FURTHER ORDERED: Petition to Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published pursuant to Rule 111(g), Arizona Rules of the Supreme Court.